Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000133
23-FEB-2016
10:38 AM

CAAP NOS. 12-0000133 and 12-0000134

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
JASON CURTIS and MELISSA HALL,
Defendants-Appellants,
and
GENEVIEVE WALKER, Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR NO. 11-1-0016)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Leonard and Reifurth, JJ.)

The Opinion of the court, filed on December 31, 2015, is hereby amended as follows:

1. On page 4, in the third line, the word "is" should be replaced with "was" so that as amended, the text reads: ". . . until it was delivered . . . ."

2. On page 5, in the third line, the word "Officer" should be replaced with "Sergeant" so that as amended, the text reads: "Sergeant Rose . . . ."

3. On page 7, in the second line of text from the bottom of the page, the word "the" at the beginning of that line should be deleted so that as amended, the text reads: ". . . from their Judgments . . . ."

4. On page 14, in the eleventh line, the word "count" should be replaced with "court" so that as amended, the text reads: "The supreme court concluded . . . ."

5.    On page 15, in the seventh line, the year "1998" should be added at the beginning of the citation to "Haw. Sess. Laws" so that as amended, the citation reads: "1998 Haw. Sess. Laws . . . ."

6.    On Page 15, in the fourteenth line, the word "did" should be replaced with "does" so that as amended, the text reads: ". . . amended statute does not impose . . . ."

7.    On Page 15, in the sixteenth line, the citation to "See HRS § 803-31 (2014)" should be inserted after the period ending the sentence and before footnote 10, so that as amended the text reads: ". . . warrant.  See HRS § 803-31 (2014).[10]"

8.    On Page 15, in the eighth line of footnote 10, the word "did" should be replaced with "does" so that as amended, the texts reads: ". . . the amended statute itself does not incorporate . . . ."

9.    On page 15, at the end of footnote 10, the citation "See HRS § 803-31 (2014)" should be added so that as amended, the footnote reads: ". . . listed in Scott I.  See HRS § 803-31 (2014)."

10.   On page 16, in the second line of the second paragraph, the word "State" should be replaced with "States" so that as amended, the text reads: "United States Supreme Court . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 23, 2016.

Craig H. Nakamura
Chief Judge

Associate Judge

Associate Judge

2